

*Public Service Commission*
Richard E. Hitt, General Counsel

201 Brooks Street, P.O. Box 812
Charleston, West Virginia 25323

Phone: (304) 340-0450
FAX: 1-866-336-2893
E-mail: rhitt@psc.state.wv.us

August 28, 2017

Teresa L. Deppner, Clerk
United States District Court
Southern District of West Virginia
Post Office Box 2546
Charleston, WV 25329

*(Filed Electronically)*

       Re: Civil Action No. 2:17-cv-03560
          Frontier West Virginia Inc. and Citizens Telecommunications Company of West Virginia dba Frontier Communications of West Virginia
          v.
          Governor James C. Justice II, Solely in his Official Capacity as Governor of the state of West Virginia; Michael A. Albert, Brooks F. McCabe, Jr., and Renee A. Larrick, in their official capacities as Commissioners of the Public Service Commission of West Virginia

Dear Ms. Deppner:

  Please find enclosed a copy of the Defendant's *"Commission Defendants' Reply to Frontier's Response in Opposition to Commission Defendants' Motion to Dismiss Plaintiffs' Complaint."*

              Sincerely,

              Richard E. Hitt (W. Va. # 1743)
              Public Service Commission of West Virginia
              201 Brooks Street, Post Office Box 812
              Charleston, WV 25323
              Telephone: (304) 340-0450
              Fax: (304) 340-0840
              E-mail: rhitt@psc.state.wv.us

REH/rm
Enclosure